**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS 76180-6608**
Telephone (817) 770-8500
Fax (817) 770-8508

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO:17-40738-MXM |
| | § | |
| JESUS HECTOR VALDES | § | CHAPTER 13 |
| ELEASCIA FOSTER VALDES | § | JUDGE MARK X MULLIN |
| DEBTORS | § | |
| | § | |

## NOTICE OF COMPLETION OF CHAPTER 13 PLAN PAYMENTS TO TRUSTEE

According to the records of the Chapter 13 Trustee the Debtors have completed all payments to the Trustee under the confirmed chapter 13 plan.

Debtors have 21 days to file a Certification and Motion for Entry of the Chapter 13 Discharge, if eligible.

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Notice of Completion of Chapter 13 Plan Payments to Trustee" was served on the parties listed below in the manner listed below on or before 02/16/2022.

**BY FIRST CLASS MAIL:**
JESUS HECTOR VALDES, ELEASCIA FOSTER VALDES, 1320 SENITA CACTUS ST, FORT WORTH, TX 76177-0000

**ELECTRONIC SERVICE:**
STEELE LAW FIRM PLLC, 3629 LOVELL AVE #100, FORT WORTH, TX 76107
ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711-2548
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX 75242

/s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee